UNITED STATED DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | HON. DENNIS M. CAVANAUGH |
| | ) | 09 Cr 365 (DMC) |
| V. | ) | |
| | ) | **CONSENT ORDER** |
| | ) | |
| | ) | **TEMPORARY RETURN OF** |
| RODNEY KADYMIR | ) | **PASSPORT** |

This matter having been opened to the Court by the defendant, Rodney Kadymir, by his attorney, Jeffrey G. Pittell, with the Government's consent, and for good cause shown:

WHEREFORE, it is on this __19__ day of November, 2010;

ORDERED the release of Mr. Kadymir's wife's passport on this date;

IT IS FURTHER ORDERED that the passport must be returned no later that one week after Mr. Kadymir's wife returns to the United States.

_____
HON. DENNIS M. CAVANAUGH
U.S. DISTRICT COURT JUDGE

I hereby consent to the form
and entry of this Order

PAUL J. FISHMAN
U.S. Attorney, District New Jersey

_____
By: Stacey A. Levine, AUSA

_____
Jeffrey G. Pittell