UNITED STATED DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | HON. DENNIS M. CAVANAUGH |
| | ) | 09 Cr 365 (DMC) |
| V. | ) | |
| | ) | **CONSENT ORDER** |
| | ) | |
| | ) | **TEMPORARY RETURN OF** |
| RODNEY KADYMIR | ) | **PASSPORT** |

This matter having been opened to the Court by the defendant, Rodney Kadymir, by his attorney, Jeffrey G. Pittell, with the Government's consent, and for good cause shown:

WHEREFORE, it is on this 10th day of FEBRUARY, 2011;

ORDERED, the release of Mr. Kadymir's wife's passport on this date; and

IT IS FURTHER ORDERED the passport must be returned no later than ten days after Mr. Kadymir's wife retrieves it from the Pre-Trial Services Agency ("PTSA"); and

IT IS FURTHER ORDERED the PTSA must notify the U.S. Attorney when the passport is given to Mr. Kadymir's wife and when it is returned to PTSA.

HON. DENNIS M. CAVANAUGH
U.S. DISTRICT COURT JUDGE

I hereby consent to the form
and entry of this Order

PAUL J. FISHMAN
U.S. Attorney, District New Jersey

By: Stacey A. Levine, AUSA

Jeffrey G. Pittell